FILED
JAN 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8018

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate's Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. § 841(a)(1) Possession of a Controlled Substance with Intent to Distribute |
| Horaldo Flores | |
| Defendant | |

The undersigned complainant duly sworn states:

That on or about January 2, 2008, within the Southern District of California, defendant Horaldo FLORES did knowingly and intentionally possess with intent to distribute approximately 1,738.68 kilograms (3,833.79 pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
Barbara Hopkins, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, January 11, 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Horaldo Flores

PROBABLE CAUSE STATEMENT

This Statement of Facts is based on the reports, documents and notes furnished to Drug Enforcement Administration Officer Barbara Hopkins.

On January 2, 2008, at approximately 7:00 PM Drug Enforcement Administration (DEA) agents, along with the Imperial County Sheriff's Office and El Centro Police Department conducted a search with the consent of Daniel FIGUEROA-Moreno of 1711 Lenrey Avenue, El Centro, California. Upon searching the residence, agents located approximately 3,833.79 pounds of marijuana in three of the four bedrooms in the residence. In the closet of the bedroom that contained personal property of Horaldo FLORES, agents discovered approximately 25 bundles of marijuana. Personal property of FLORES' was also located in the main bedroom and the dining room pf the residence.

On January 2, 2008, DEA SA Jeff Butler and Imperial County Sheriff's Office Deputy Camilo Gonzalez conducted an interview of Daniel FIGUEROA-Moreno. FIGUEROA is a resident of the 1711 Lenrey Avenue address. FIGUEROA stated that an individual in Mexico known only as "E" contacted FIGUEROA and instructed him to locate a house to rent for the purpose of storing marijuana. FIGUEROA stated that E sent him $1,300 for the rent at the 1711 Lenrey Avenue address. E also sent FIGUEROA $600 every two weeks as payment to FIGUEROA, GUTIERREZ and Horaldo FLORES to watch over the marijuana and allow

access to the house for individuals moving marijuana into and out of the residence. Of the money, $200 was given to FIGUEROA, $200 was given to GUTIERREZ, and the remaining $200 was given to FLORES. FIGUEROA also stated the last shipment of marijuana to the house was on December 20 or 21, 2007.

On January 2, 2008, DEA special agent Barbara Hopkins contacted the Imperial Irrigation District and discovered that utilities for the 1711 Lenrey Avenue address were under the name Horaldo FLORES with a Date of Birth of 09/05/1988.

On January 4, 2008, DEA special agent James Hughes contacted the property manager for the 1711 Lenrey Avenue address. The property manager provided the lease agreement which listed Christian GUTIERREZ, Horaldo FLORES, and Daniel FIGUEROA as tenants of the residence. The lease agreement was to begin on November 15, 2007.

On January 11, 2008, at approximately 10:30 AM, DEA Special Agent Barbara Hopkins, as witnessed by SAs Jim Hughes, Victor Vazquez, David Niebla and Michael Ortiz, arrested FLORES at his parents residence located at 2149 Orchard Road, Holtville, CA. DEA SAs Vazquez, Niebla and Ortiz brought TORRES to the Imperial County District Office (ICDO) and placed him in a temporary holding cell.