**FILED**

FEB 12 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR358-WQH |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting  (Felony) |
| HORALDO FLORES, | |
| Defendant. | |

The United States Attorney charges:

On or about January 2, 2008, within the Southern District of California, defendant HORALDO FLORES, did knowingly and intentionally possess, with intent to distribute, 1,000 kilograms or more, to wit: approximately 1,738.68 kilograms (3,833.79 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: <u>February 12, 2008</u>.

KAREN P. HEWITT
United States Attorney

*/s/ John T. Wei*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:jam:Imperial
2/12/08