1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-cr-0358-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| HORALDO FLORES, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case, along with <u>United States v. Adolfo Jonathan Torres</u>, Criminal Case No. 08-cr-0304-W and <u>United States v. Christian Gutierrez</u>, Criminal Case No. 08-cr-0727-WQH, are related to <u>United States v. Richard Figueroa-Moreno, et al.</u>, Criminal Case No. 08-cr-0270-H.

DATED: April 4, 2008.

    KAREN P. HEWITT
    United States Attorney

    S/*George V. Manahan*
    GEORGE V. MANAHAN
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    )<br>         Plaintiff,  )<br>     v.  )<br>                    )<br>HORALDO FLORES,  )<br>                    )<br>         Defendant  )<br>_____  ) | Criminal Case No. 08-cr-0358-WQH<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the attached NOTICE OF RELATED CASE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Mayra L Garcia
   Law Offices of Mayra L Garcia
   1010 Second Avenue
   Suite 1850
   San Diego, CA 92101
   Email: mlgdefense@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2008.

s/*George V. Manahan*
GEORGE V. MANAHAN

2