1 | KAREN P. HEWITT
United States Attorney
2 | JAMES P. MELENDRES
Assistant United States Attorney
3 | California State Bar No. PENDING
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | 619 557-6327 (Telephone)/619 235-2757 (Fax)
E-mail: James.Melendres@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0358-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF RELATED CASE |
| v. | ) | |
| HORALDO FLORES, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that the above-entitled case, along with <u>United States v. Daniel Figueroa-Moreno, et al.</u>, Criminal Case No. 08CR0270-H and <u>United States v. Adolfo Jonathan Torres</u>, Criminal Case No. 08CR0304-W, are related to <u>United States v. Christian Gutierrez</u>, Criminal Case No. 08CR0727-WQH.

DATED: April 28, 2008.

KAREN P. HEWITT
United States Attorney

s/James P. Melendres
JAMES P. MELENDRES
Assistant United States Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0358-WQH |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| HORALDO FLORES, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, James P. Melendres, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Related Case as lead counsel for the United States, dated April 28, 2008, and this Certificate of Service, dated April 28, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

    Mayra Garcia, Attorney for the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 28, 2008.

                                              s/James P. Melendres
                                              JAMES P. MELENDRES
                                              Assistant U.S. Attorney

2